# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SANDRA PIERSON,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                    Defendant. | No. 2:15-cv-01781-RSM<br><br>STIPULATED MOTION AND ORDER TO CONTINUE TRIAL DATE AND RELATED DEADLINES |

Pursuant to LCR 7, LCR 10(g), and LCR 16(m)(2), the parties jointly request that the Court continue the trial date and related case deadlines in this case.

The case is scheduled for a jury trial beginning February 6, 2017 and the discovery deadline is October 11, 2016. The parties file this stipulated motion seeking a trial continuance for two reasons. First, the parties are having difficulty scheduling key depositions during the remaining discovery period due to unexpected delay in third-party document production and witness availability. Plaintiff's hospitalization and recuperation caused a delay in providing stipulations to obtain medical records from her medical providers, resulting in Defendant's delay in taking key depositions of her medical providers. In at least two instances, Defendant is still waiting for Plaintiff's medical providers to produce her medical records. Sullivan Weiss Decl. ¶1, ¶2. Defendant will be prejudiced if it is forced to take depositions of her medical providers prior to an opportunity to review her medical records. Sullivan Weiss Decl. ¶3. In

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES– 1
(CASE NO. 2:15-cv-01781-RSM)

addition, one key fact witnesses in the case, Mr. Lee Hand, the Boeing employee alleged to have sexually harassed the Plaintiff, is out of work on an extended leave of absence related to medical issues and is not expected to return prior to the close of discovery.  Sullivan Weiss Decl. ¶4.  Mr. Hand's return to work date is unknown at this time and Boeing has not received any indication from him regarding his intention to return to work in the short term.  Sullivan Weiss Decl. ¶4.  Mr. Hand's Work History report indicates that he has not yet committed to a return to work date.  Sullivan Weiss Decl. ¶4.  Second, the parties are in settlement discussions and would benefit from additional time to explore settlement prior to the close of discovery.  Sullivan Weiss Decl. ¶5.

The parties are available for a trial on the following dates:

- October 2-October 20, 2017
- after November 6, 2017

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 5th day of October, 2016.

| | |
|---|---|
| Deno Millikan Law Firm, PLLC<br>Attorneys for Sandra Pierson<br><br>By: _s/ Joel P. Nichols_____<br>Joel P. Nichols, WSBA #23353<br>3411 Colby Avenue<br>Everett, WA 98201<br>P: 425-259-2222<br>F: 425-259-2033<br>Email: joelnichols@denomillikan.com | Davis Wright Tremaine LLP<br>Attorneys for The Boeing Company<br><br>By: __s/ Sheehan Sullivan Weiss_____<br>Sheehan Sullivan Weiss, WSBA #33189<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>P: (206) 757-8280<br>F: (206) 757-7700<br>Email: sulls@dwt.com |
| Law Office of Susan B. Mindenbergs<br>Attorneys for Sandra Pierson<br><br>By:____s/ Susan Mindenbergs_____<br>Susan Mindenbergs, WSBA #20545<br>Maynard Building<br>119 First Ave. So Suite 200<br>Seattle, WA 98104<br>P: 206-445-7373<br>F: 206-447-1523<br>Email: susanmm@msn.com | Davis Wright Tremaine LLP<br>Attorneys for The Boeing Company<br><br>By: _s/ Taylor Ball_____ _____<br>Taylor Ball, WSBA #46927<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>P: (206) 757-8280<br>F: (206) 757-7700<br>Email: taylorball@dwt.com |

STIPULATED MOTION AND ORDER TO CONTINUE
TRIAL DATE AND RELATED DEADLINES– 3
(CASE NO. 2:15-cv-01781-RSM)

**ORDER**

Pursuant to the Stipulation, IT IS SO ORDERED. The trial date is extended and reset to October 2, 2017. All pretrial deadlines shall be adjusted to reflect the new trial date.

Dated this 7th day of October 2016.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE