UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SANDRA PIERSON,<br><br>                   Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY, a Delaware Corporation,<br><br>                   Defendant. | No. C15-1781 RSM<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

## I.    STIPULATION

Plaintiff Sandra Pierson and Defendant The Boeing Company hereby stipulate and jointly request that the Court dismiss the above-entitled action in its entirety with prejudice and without costs or attorneys' fees to either party

STIPULATED to this 16th day of February, 2017.

| | |
|---|---|
| Deno Millikan Law Firm, PLLC<br>Attorneys for Sandra Pierson<br><br>By:    *s/ Joel P. Nichols*<br>Joel P. Nichols, WSBA #23353<br>3411 Colby Avenue<br>Everett, WA 98201<br>P: 425-259-2222<br>F: 425-259-2033 | Davis Wright Tremaine LLP<br>Attorneys for The Boeing Company<br><br>By:    *s/ Sheehan Sullivan Weiss*<br>Sheehan Sullivan Weiss, WSBA #33189<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>P: (206) 757-8280<br>F: (206) 757-7700 |

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE– 1
(CASE NO. 2:15-cv-01781-RSM)
4847-5694-5985v.1 0022235-000057

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| Email: joelnichols@denomillikan.com | Email: sulls@dwt.com |
| Law Office of Susan B. Mindenbergs<br>Attorneys for Sandra Pierson | Davis Wright Tremaine LLP<br>Attorneys for The Boeing Company |
| By:      *s/ Susan Mindenbergs*<br>Susan Mindenbergs, WSBA #20545<br>Maynard Building<br>119 First Ave. So Suite 200<br>Seattle, WA 98104<br>P: 206-445-7373<br>F: 206-447-1523<br>Email: susanmm@msn.com | By:      *s/ Taylor Ball*<br>Taylor Ball, WSBA #46927<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045<br>P: (206) 757-8280<br>F: (206) 757-7700<br>Email: taylorball@dwt.com |

## I.    ORDER

THIS MATTER having come before the undersigned judge of the above-entitled court based on stipulation of the parties, now, therefore,

IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice and without award of costs or attorneys' fees to either party.

DATED this 16th day of February 2017.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE– 2
(CASE NO. 2:15-cv-01781-RSM)
4847-5694-5985v.1 0022235-000057

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200
1201 Third Avenue
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax